

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2014

No. 04-14-00249-CV

**IN THE INTEREST OF N.M.G.**, a child,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01311
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

The reporter's record was due April 17, 2014, but was not filed.  On April 21, 2014, the clerk's office of this court telephoned and emailed the court reporter, David R. Zarate, but we have received no response.  The court reporter is reminded that, by statute, this appeal is accelerated, and is to take precedence over other matters. TEX. FAM. CODE ANN. § 109.002(a) (West Supp. 2014).

We therefore **ORDER** David R. Zarate, the court reporter, to file the reporter's record on or before May 5, 2014.  The reporter is reminded that the reporter's record is currently six days late, and that strict deadlines exist with regard to disposal of appeals dealing with termination of parental rights.  With regard to the appellate record, appellate courts may not grant more than 30 days *cumulatively* with regard to extensions of time for the reporter's record.  TEX. R. APP. P. 28.4(b).

We further order the clerk of this court to serve a copy of this order on all counsel, the court reporter, and the trial court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of April, 2014.

_____
Keith E. Hottle
Clerk of Court